Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
　　　　service@moorelawfirm.com

Attorney for Plaintiff,
Cameron Shaw

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>MACERICH NORTHWEST ASSOCIATES, A CALIFORNIA GENERAL PARTNERSHIP, et al.,<br><br>　　　　Defendants. | No. 3:25-cv-07679-WHO<br><br>**NOTICE OF TENTATIVE SETTLEMENT OF ENTIRE ACTION**<br><br>**(ADA ACTION)** |

Plaintiff Cameron Shaw hereby reports that the parties in this action have reached a full and complete settlement of Plaintiff's claims, pending receipt of signatures on the approved settlement agreement and fulfillment of Defendants' obligations under the agreement as a prerequisite for dismissal. Plaintiff requests until December 22, 2025 to finalize settlement and file a request for dismissal of the action.

Dated: November 26, 2025　　　　　　　　MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　Cameron Shaw